UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DORIAN LYLES,

        Defendant.
_____/

Case No. 1:06:CR:210

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed March 21, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Dorian Lyles' plea of guilty to Count One of the Superseding Information is accepted. Defendant Dorian Lyles is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Dorian Lyles shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Monday, April 23, 2007**. Defendant Dorian Lyles shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: April 5, 2007

        /s/ Gordon J. Quist
        GORDON J. QUIST
        UNITED STATES DISTRICT JUDGE